**In the United States District Court**
**for the Southern District of California**

FILED

'09 MAY 19 PM 4:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL TO COURT



|  |  |
|---|---|
| Jesus Victor | } **Libel of Review** |
| | } '09 CV 1091 DMS    JMA |
| v. | } - common law counterclaim in admiralty - |
| | } - notice lis pendens and - |
| | } - verified statement of right - |
| | } |
| TIMOTHY F. GEITHNER | } Re: God-given unalienable rights in the |
| | } original estate - Article III; Constitution |

**Comes now** Jesus Victor of the Rodriguez family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). TIMOTHY F. GEITHNER has been making false claims and this counterclaim and notice lis pendens are now in the "original exclusive cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Jesse V. Rodriguez, JESUS VICTOR RODRIGUEZ, TIMOTHY F. GEITHNER, etc.)

"...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

"**Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

TIMOTHY F. GEITHNER, acting as "City METRO officer – US GOVERNOR FOR THE INTERNATIONAL MONETARY FUND AND SECRETARY OF THE TREASURY" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, "**Transfer of government.**")

The district court for the Southern District of California has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Jesus Victor fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

"Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

## Cause of action

Respondent agents threatening in land seizures of alleged collateral properties. These "lenders" entered credit on their books by ledger entry from Jesus Victor's credit. None of Geithner's agents named respondents here ever provided any substantial consideration to back the mortgages on these homes. Therefore it is inappropriate for these agents to collect substance for collateral in any alleged default. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Jesus Victor is and always would have exercised right to handle lawful money had the option ever been presented in good faith. The subject presentment utilized for the claim was regular enough but Jesus Victor wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentment(s) upon which the theft is based has been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to TIMOTHY F. GEITHNER in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

**Verified statement of right**

Jesus Victor owns the homes, all property and land free and clear located at geophysical coordinates.



33 01'06.75"N 117 09'00.38" W

15562 Rising River Place South San Diego, California 92127



10055 Winecrest Road San Diego, California 92127
33 00'00.77" N 117 07'00.47" W



32 35'17.69" N 117 01'38.71" W

452 Island Breeze Lane San Diego, California 92154

### Stipulation of acceptable answer

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. TIMOTHY F. GEITHNER must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Jesus Victor" or any pseudonym through which Jesus Victor may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado now replaced by Gregory Langham) obfuscated remedy by denying proper certificates so TIMOTHY F. GEITHNER and anyone else for that matter can easily research case history against Jesus Victor or any legal name. TIMOTHY F. GEITHNER may call (619) 557-5600 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the TIMOTHY F. GEITHNER is moving on a valid claim and judgment in the district court then the TIMOTHY F. GEITHNER knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for TIMOTHY F. GEITHNER cannot be a citizen of the United States due to the *de jure* Thirteenth

Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Jesus Victor according to the notice on the face of the summons.

### Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Jesus Victor's wife, Clarissa Big, may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Jesus Victor**
**16751 Santanella Street**
**San Diego, California.**
**[92127]**

United States District Court                                    Registered mail # RA XXX XXX XXX US
for the Southern District of California
800 Front Street - #4290
San Diego, California.
          [92101]

Dear clerk;

    Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

## Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____*example*_____
Jesus Victor

Presenter's name                                        Registered mail # RA XXX XXX XXX US
Address
Anywhere, State.
          [presenter's code]

TIMOTHY F. GEITHNER and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. TIMOTHY F. GEITHNER and all principals and agents are left with their remedy:

**COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by TIMOTHY F. GEITHNER (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for TIMOTHY F. GEITHNER or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from TIMOTHY F. GEITHNER or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

### Stipulation regarding character and residential address

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Jesus Victor is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Jesus Victor retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the TIMOTHY F.

GEITHNER, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Jesus Victor is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Jesus Victor's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Jesus Victor Pro Se - to imply that Jesus Victor is representing himself before the district court. Jesus Victor is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

*In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and <u>are redeemable</u> in lawful money.* And, **US v Ware; 608 F.2d 400**

<u>*United States notes shall be lawful money,*</u> *and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Jesus Victor has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.
2. Bankrupt laws are an encroachment upon the common law. The first in England was ..." *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Jesus Victor is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated

into this counterclaim. TIMOTHY F. GEITHNER is clearly the debtor and Jesus Victor is clearly creditor.

### No magistrates

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated:

1) Certificate of search on "Jesus Victor" from clerk of the district court is exempted due to falsifications by district court clerk James R. Manspeaker on such certificates. TIMOTHY F. GEITHNER is provided with information to check for case histories
2) presentment for TIMOTHY F. GEITHNER's agents, COUNTRYWIDE HOME LOANS INC AND LA SALLE BANK NATIONAL ASSOCIATION. There is one home with LA SALLE BANK NATIONAL ASSOCIATION and two homes with COUNTRYWIDE HOME LOANS INC mentioned in the Verified Statement of Right. They are all refused for cause. The red ink original refusal is in the counterclaim served upon TIMOTHY F. GEITHNER. The original counterclaim filed in the district court has a copy of each refusal
3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932
4) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459
5) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555
6) if possible a copy of the Withdrawal Slip or Signature Card associated with the US court filing fee has been attached.

(16751 Santanella Street
San Diego, California [92127]

# Addresses

United States District Court                          (619) 557-5600
for the Southern District of California
800 Front Street - #4290
San Diego, California.
                [92101]


Jesus Victor                                          (323) 216-6060
16751 Santanella Street
San Diego, California.
                [92127]


TIMOTHY F. GEITHNER
1500 Pennsylvania Avenue Northwest                    (202) 622-2000
City of Washington, District of Columbia
                [20220]

Recording Requested By
When Recorded Mail To
  First American Title Co.
Cal-Western Reconveyance Corp.
P.O. Box 22004
525 East Main Street
El Cajon  CA  92022-9004

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 01-18-2008
AS INSTRUMENT NO. 20080026851
IN BOOK           PAGE
OFFICIAL RECORDS OF SAN DIEGO

3585043-VV

Trustee Sale No. 1132686-04

---

Loan No. XXXXXX0621   DE: RODRIGUEZ, JESUS V

Space Above This Line For Recorder's Use

## NOTICE OF DEFAULT

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).  This amount is $19,602.52 as of January 17, 2008, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

    Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

    Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

    To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

LASALLE BANK NATIONAL ASSOCIAITON FOR FIRST FRANKLIN
MORTGAGE LOAN TRUST 2007-FF2, MORTGAGE LOAN ASSET-BACKED **
C/O Cal-Western Reconveyance Corporation
P.O. Box 22004
525 East Main Street
El Cajon CA 92022-9004
(619)590-9200

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Page 1 of 2

RECORDING REQUESTED BY
And When Recorded Mail To:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004



Trustee Sale No. 1132686-04

Space Above This Line For Recorder's Use



# NOTICE OF TRUSTEE'S SALE

LOAN NO: XXXXXX0621                           APN: 312-282-26 TRA:
REF: RODRIGUEZ, JESUS                         UNINS

## IMPORTANT NOTICE TO PROPERTY OWNER:

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED November 01, 2006.  UNLESS YOU
TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF
YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU
SHOULD CONTACT A LAWYER

On December 02, 2008, at 10:00am, CAL-WESTERN RECONVEYANCE CORPORATION, as
duly appointed trustee under and pursuant to Deed of Trust recorded November 09, 2006, as Inst. No.
2006-0800054, in book XX, page XX, of Official Records in the office of the County Recorder of SAN
DIEGO County, State of CALIFORNIA executed by:

**JESUS V RODRIGUEZ, A MARRIED MAN AS HIS SOLE AND SEPARATE
PROPERTY**

WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK
DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDERAL
CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN
ASSOCIATION, SAVINGS ASSOCIATION, OR SAVINGS BANK

**AT THE ENTRANCE TO THE EAST COUNTY REGIONAL CENTER BY
STATUE, 250 E. MAIN STREET
EL CAJON CALIFORNIA**

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property
situated in said County and State described as:

**LOT 570 OF COUNTY OF SAN DIEGO TRACT NO 5216-3, IN THE COUNTY OF SAN DIEGO,
STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO 14978, FILED IN THE
OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 9, 2005.**

NOTICE OF TRUSTEE'S SALE EXHIBIT "A"

Trustee Sale No. 1132686-04    Loan No. XXXXXX06

The mortgagee, beneficiary or authorized agent or mortgagee or beneficiary pursuant to California Civil Code § 2923.5(b) declares that the mortgagee, beneficiary or the mortgagee's or beneficiary's authorized agent contacted the borrower to assess the borrower's financial situation and to explore options for the borrower to avoid foreclosure.



NOS.DOC                    Rev. 09/02/2008                    Page 3 of 3

RECORDING REQUESTED BY:
FIRST AMERICAN TITLE

WHEN RECORDED MAIL TO:

HOME LOAN SERVICES, INC.
150 ALLEGHENY CENTER, IDC 24-050
PITTSBURGH PA 15212-5356

TRA #   64105
Trust No. 1132686-04
Loan No. XXXXXX0621

DOC # 2008-0612273

DEC 01, 2008    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:      12.00
OC:        NA
PAGES:     2

Space Above This Line For Recorder

MAIL TAX STATEMENT TO:

Same as above

552



Documentary Transfer Tax $.00
X Grantee was/was not the foreclosing beneficiary.
consideration $1,250,485.08
unpaid debt $1,341,543.27
non exempt amount $
__ Computed on the consideration or value of property conveyed.
__ Computed on the consideration of value less liens or encumbrances remaining at time of sale.

*Malinda Strasser*
Signature of Declarant or Agent
AP# 312-282-   Malinda Strasser

358 5043-LS / MF

## TRUSTEE'S DEED UPON SALE

CAL-WESTERN RECONVEYANCE CORPORATION (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST
FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED*

(herein called Grantee) the real property in the county of SAN DIEGO ,State of California described as follows:
LOT 570 OF COUNTY OF SAN DIEGO TRACT NO. 5216-3, IN THE COUNTY OF SAN DIEGO, STATE OF
CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14978, FILED IN THE OFFICE OF THE COUNTY
RECORDER OF SAN DIEGO COUNTY, MARCH 9, 2005.          *CERTIFICATES, SERIES 2007-FF2
The street address and other common designation, if any, of the real property described above is purported to be:
10055 WINECREST RD
SAN DIEGO CA 92127

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or
Substituted Trustee, under that certain Deed of Trust executed by
JESUS V RODRIGUEZ, A MARRIED MAN AS HIS SOLE AND SEPARATE
PROPERTY
as Trustor, recorded November 09, 2006, as Document No. 2006-0800264, in Book XX, page XX, of Official Records in the
Office of the Recorder of SAN DIEGO County, California; and pursuant to the Notice of Default recorded January 18, 2008, as
Document No. 20080026851 in Book XX, page XX of Official Records of said County, Trustee having complied with all
applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including,
among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the
personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy
thereof.

TDUSCA.DOC                        Page 1 of 2                        Rev. 01/14/08

TRA #   64105
Trust No. 1132686-04
Loan No. XXXXXX0621

**553**

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on November 12, 2008 to said Grantee, being the highest bidder therefore, for **$1,250,485.08** cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL-WESTERN RECONVEYANCE CORPORATION

Dated:  November 12, 2008

_____

Susan Smothers, A.V.P.

State of California )
County of San Diego)

On ___Nov. 24, 2008___ before me, ___Dayane Monroy___ a Notary Public in and for said State, personally appeared _____Susan Smothers, A.V.P._____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal                                    (Seal)

Signature _____

DAYANE MONROY
Commission # 1799093
Notary Public - California
San Diego County
My Comm. Expires May 25, 2012

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

RECONTRUST COMPANY
1757 TAPO CANYON ROAD, SVW-88
SIMI VALLEY, CA 93063

Attn: Irene Trujillo
TS No. 08-46603
Title Order No. 08-8-176160

THE FOLLOWING COPY OF 'NOTICE',
THE ORIGINAL OF WHICH WAS FILED
FOR RECORD ON 05/06/2008 IN THE
OFFICE OF THE RECORDER OF San Diego
COUNTY, CALIFORNIA SENT TO YOU
INASMUCH AS AN EXAMINATION OF
THE TITLE TO SAIDTRUST PROPERTY
SHOWS YOU MAY HAVE AN INTEREST IN
THE TRUSTEE'S SALES PROCEEDINGS

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have a legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded ( which date of recordation appears on this notice).

This amount is $62,693.68, as of 05/05/2008 and will increase until your account becomes current.

   While your property is in foreclosure, you still must pay other obligations ( such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

   Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

   Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

*Form mlgnod (09/01)*

TS No. 08-46603

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
**C/O Countrywide Home Loans, Inc**
**400 COUNTRYWIDE WAY SV-35**
**SIMI VALLEY, CA   93065**
**FORECLOSURE DEPARTMENT (800) 669-6650**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.  Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT: RECONTRUST COMPANY, is acting as an agent for the Beneficiary under a Deed of Trust dated 11/28/2006 executed by CLARISSA O RODRIGUEZ, AND JESUS V RODRIGUEZ, WIFE AND HUSBAND AS JOINT TENANTS as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC as beneficiary recorded 12/04/2006, as Instrument No. 2006-0857540 (or Book , Page 4498) of Official Records in the Office of the County Recorder of San Diego County, California.**

**Said obligation including ONE NOTE FOR THE ORIGINAL sum of $ 1,175,900.00.**

**That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of :  FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL AND INTEREST  WHICH BECAME DUE ON  10/01/2007  AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, TOGETHER WITH ALL LATE CHARGES; PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES.  IN ADDITION,  THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 12/01/2036 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.**

That by reason thereof, the present beneficiary under such deed of trust has executed and delivered to RECONTRUST COMPANY a written Declaration of Default and Demand for sale, and has deposited with RECONTRUST COMPANY such deed of trust and all documents evidencing obligations secured  thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable  and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: May 02, 2008
RECONTRUST COMPANY, as agent for the Beneficiary
By LandSafe Title Corporation, as its Attorney in Fact

By  /S/  Title Officer

Form mlgnod (09/01)



# Countrywide Bank

**SERVICED BY COUNTRYWIDE**
P.O. Box 10221
Van Nuys, CA 91410-0221

*Business Address:*
450 American Street
Simi Valley, CA 93065-6285

*Send Payments to:*
P.O. Box 10219
Van Nuys, CA 91410-0219

March 16, 2009

Sent Certified Mail:
7113 8257 1473 1898 7198
Return Receipt Requested

Jesus V Rodriguez & Clarissa O Rodriguez
16751 SANTANELLA ST
SAN DIEGO, CA 92127-3307

Account No.: 143617583
Property Address:
452 Island Breeze Lane
San Diego, CA 92154

## NOTICE OF INTENT TO ACCELERATE

Dear Jesus V Rodriguez & Clarissa O Rodriguez:

Countrywide Home Loans Servicing LP (hereinafter "Countrywide") services the home loan described above on behalf of the holder of the promissory note (the "Noteholder"). The loan is in serious default because the required payments have not been made. The total amount now required to reinstate the loan as of the date of this letter is as follows:

| | | |
|---|---|---|
| Monthly Charges: | 10/01/2008 | $10,851.96 |
| Late Charges: | 10/01/2008 | $452.15 |
| Other Charges: | Total Late Charges: | $0.00 |
| | Uncollected Costs: | $60.00 |
| | Partial Payment Balance: | ($0.00) |
| | **TOTAL DUE:** | **$11,364.11** |

You have the right to cure the default. To cure the default, on or before April 15, 2009, Countrywide must receive the amount of $11,364.11 plus any additional regular monthly payment or payments, late charges, fees and charges, which become due on or before April 15, 2009.

The default will not be considered cured unless Countrywide receives "good funds" in the amount $11,364.11 on or before April 15, 2009. If any check (or other payment) is returned to us for insufficient funds or for any other reason, "good funds" will not have been received and the default will not have been cured. No extension of time to cure will be granted due to a returned payment. Countrywide reserves the right to accept or reject a partial payment of the total amount due without waiving any of its rights herein or otherwise. For example, if less than the full amount that is due is sent to us, we can keep the payment and apply it to the debt but still proceed to foreclosure since the default would not have been cured.

If the default is not cured on or before April 15, 2009, the mortgage payments **will be accelerated** with the full amount remaining accelerated and becoming due and payable in full, and foreclosure proceedings will be initiated at that time. As such, the failure to cure the default may result in the foreclosure and sale of your property. If your property is foreclosed upon, the Noteholder may pursue a deficiency judgment against you to collect the balance of your loan, if permitted by law.

You may, if required by law or your loan documents, have the right to cure the default after the acceleration of the mortgage payments and prior to the foreclosure sale of your property if all amounts past due are paid within the time permitted by law. However, Countrywide and the Noteholder shall be entitled to collect all fees and costs incurred by Countrywide and the Noteholder in pursuing any of their remedies, including but not limited to reasonable attorney's fees, to the full extent permitted by law. Further, you may have the right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and foreclosure.

Your loan is in default. Pursuant to your loan documents, Countrywide may, enter upon and conduct an inspection of your property. The purposes of such an inspection are to (i) observe the physical condition of your property, (ii) verify that the property is occupied and/or (iii) determine the identity of the occupant. If you do not cure the default prior to the inspection, other actions to protect the mortgagee's interest in the property (including, but not limited to, winterization, securing the property, and valuation services) may be taken. **The costs of the above-described inspections and property preservation efforts will be charged to your account as provided in your security instrument and as permitted by law.**

If you are unable to cure the default on or before April 15, 2009, Countrywide wants you to be aware of various options that may be available to you through Countrywide to prevent a foreclosure sale of your property. For example:

- Repayment Plan: It is possible that you may be eligible for some form of payment assistance through Countrywide. Our basic plan requires that Countrywide receive, up front, at least ½ of the amount necessary to bring the account

This communication is from a debt collector.

ROBERT C. "BOB" BALINK   El Paso County, CO
02/05/2007  10:50:49 AM
Doc  $0.00           Page
Rec  $6.00          1 of 1   207015932

### ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

## § 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

### TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7877, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

### EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

## SUBCHAPTER XII—FEDERAL RESERVE NOTES

### § 411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

### REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

### CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 15 to 18 of section 16 as added June 21, 1917, ch. 32, § 6, 40 Stat. 238, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

### AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

### CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

### CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

### § 412. Application for notes; collateral required

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are not held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,

095110459

95 OCT 13 PM 4: 17

BOOK 6744   PAGE 964

ARDIS n. ....... III
EL PASO COUNTY CLERK & RECORDER

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and correct
Copy of record in my Office.
Date ... 5/19/2009 Page 964
Book 6744
County Clerk & Recorder
Robert C. Balink
El Paso County, Colorado
By ........................... Deputy
095110459

TERRITORY **1861**

STATE **1876**

**DEPARTMENT OF PERSONNEL**

# DIVISION OF

# STATE ARCHIVES

# AND

# PUBLIC RECORDS

*I Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE
FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY,
SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 [SIC], AND 35.
TOTAL 5 PAGES.



STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995
DATE

25×

3

BOOK 6744   PAGE 970

# GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS

### AND PRIVATE ACTS,

PASSED AT THE FIRST SESSION

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO,

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861,

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

## THE CONSTITUTION OF THE UNITED STATES,

AND THE

## ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

### DENVER:
THOS. GIBSON, COLORADO REPUBLICAN AND HERALD OFFICE.
1861.

BRARY
COURT
AL DISTRICT

25 ×

BOOK 6744   PAGE 971

LAW LIBRARY
DISTRICT COURT
SECOND JUDICIAL DISTRICT

AMENDMENTS TO THE CONSTITUTION.

### ARTICLE I.

*The free exercise of religion, freedom of speech, of the press, of the right to peaceably assemble and to petition, guarantied to the people.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and petition the government for a redress of grievances.

### ARTICLE II.

*Right to bear arms*

A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.

### ARTICLE III.

*Of quartering soldiers in time of peace.*

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

### ARTICLE IV.

*No search warrant to issue except on oath.*

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### ARTICLE V.

*Capital and infamous crimes—proceedings.*

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just compensation.

### ARTICLE VI.

*Right of the accused in criminal cases.*

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district where the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses, and to have the assistance of counsel for his defence.

### ARTICLE VII.

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

### ARTICLE VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### ARTICLE IX.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### ARTICLE X.

The powers not delegated to the United States by the constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

### ARTICLE XI.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

### ARTICLE XII.

1. The electors shall meet in their respective States, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and

BOOK 6744   PAGE 972



AMENDMENTS TO THE CONSTITUTION.    21

jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

## ARTICLE VII.

In suits at common law, where the value in controversy, shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

*Trial by jury preserved.*

## ARTICLE VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

*Bail and fines.*

## ARTICLE IX.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

*Construction of powers delegated.*

## ARTICLE X.

The powers not delegated to the United States by the constitution, nor prohibited by it to these States, are reserved to the States respectively, or to the people.

*Powers.*

## ARTICLE XI.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

*Restraint of judicial power.*

## ARTICLE XII.

1. The electors shall meet in their respective States and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice President; and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to

*Mode of electing President and Vice President.*

---

**TITUTION.**

ing an establish-
ce exercise there-
, or of the press;
to assemble and
of grievances.

ssary to the secu-
eople to keep and

e, be quartered in
be owner; nor in
prescribed by law.

cure in their per-
ainst unreasonable
e violated, and no
le cause, supported
larly describing the
ons or things to be

wer for a capital or
n a presentment or
t in cases arising in
militia, when in ac-
lic danger; nor shall
e offence to be twice
shall be compelled,
ess against himself;
r property, without
ate property be taken
ansation.

T.

e accused shall enjoy
trial, by an impartial



BOOK
6744

PAGE
973

AMENDMENTS TO THE CONSTITUTION.

the seat of government of the United States, directed
to the President of the Senate; the President of the
Senate shall, in the presence of the Senate and House
of Representatives, open all the certificates, and the
votes shall then be counted; the person having the
greatest number of votes for President, shall be the
President, if such number be a majority of the whole
number of electors appointed; and if no person have
such majority, then from the persons having the highest
numbers, not exceeding three, on the list of those voted
for as President, the House of Representatives shall
choose immediately, by ballot, the President.  But in
choosing the President, the votes shall be taken by States,
the representation from each State having one vote; a
quorum for this purpose shall consist of a member or
members from two-thirds of the States, and a majority
of all the States shall be necessary to a choice.   And
if the House of Representatives shall not choose a
President whenever the right of choice shall devolve
upon them, before the fourth day of March following,
then the Vice President shall act as President, as in
the case of the death or other constitutional disability
of the President.

Of the Vice President.

2.  The person having the greatest number of votes
as Vice President, shall be Vice President, if such
number be a majority of the whole number of electors
appointed; and if no person have a majority, then from
the two highest numbers in the list, the Senate shall
choose the Vice President: a quorum for the purpose
shall consist of two-thirds of the whole number of
Senators, and a majority of the whole number shall
be necessary to a choice.

3.  But no person constitutionally ineligible to the
office of President, shall be eligible to that of Vice
President of the United States.

### ARTICLE XIII

In what cases persons forfeit their citizenship.

If any citizen of the United States shall accept, claim,
receive or retain any title of nobility or honor, or shall,
without the consent of Congress, accept and retain any
present, pension, office or emolument of any kind
whatever, from any emperor, king, prince, or foreign
power, such person shall cease to be a citizen of the
United States, and shall be incapable of holding any
office of trust or profit under them, or either of them.

[Note.—The 11th article of the amendments to the
Constitution was proposed at the second session of the
third Congress; the 12th article, at the first session of
the eighth Congress; and the 13th article, at the sec-
ond session of the eleventh Congress.]



BOOK 6744   PAGE 974

GENERAL LAWS.                                    35

*lawful for the clerk
until the following
y two o'clock in the
awful for said clerk
f the ensuing week,
es, and recognized
me; and in case of
s, actions, motions,
continued over until
all jurors, witnesses
nder the same obli-
on such adjourned
day first appointed.
and be in force from*

been made for the violation of the first section of this *Person selling not liable if obtained deceitfully.*
act, can establish by good and competent witnesses that
spirituous liquors or wine were obtained from him de-
ceitfully by a soldier who did not wear, at the time of
obtaining such spirituous liquors, or wine, the uniform
or other badge used to distinguish him from a civilian,
and that he did not know such person to be a soldier,
such person so complained against shall not be liable
to the penalties enumerated in this act.

This act shall take effect and be in force from
and after its passage.

Approved, September 28th, 1861.

---

AN ACT

Adopting the Common Law of England.

*Be it enacted by the Council and House of Representatives
of Colorado Territory:*

SECTION 1. That the Common Law of England, so *English common law adopted.*
far as the same is applicable and of a general nature,
and all acts and statutes of the British Parliament,
made in aid of or to supply the defects of the Common
Law, prior to the fourth year of James the First, (except- *Exceptions.*
ing the second section of the sixth chapter of forty-third
Elizabeth, the eighth chapter of thirteenth Elizabeth,
and ninth chapter of thirty-seventh Henry Eighth,) and
which are of a general nature, and not local to that
Kingdom, shall be the rule of decision, and shall be
considered as of full force until repealed by legislative
authority.

SEC. 2. This act shall be in force from and after its
passage.

Approved, October 11th, 1861.

---

*Liquors to Soldiers.*
*use of Representatives*

*hall sell, exchange,
ous liquors or wine
tates serving within
uch supplies as may
United States army
partment, such per-
te district court of
urt of this Territory
risoned for a period
all forfeit and pay
schools, a sum not
tion of such person
risoned for a period
and pay for the use
um not exceeding*

*een mustered into
off the uniform and
id designated from
ceive, shall obtain
any other person, if
iff, or any police of-
on complaint being
ed such person, and
nding officer of the
pply for his release,
om complaint has*

AN ACT

To organize the Militia.

*Be it enacted by the Council and House of Representatives
of Colorado Territory:*

SECTION 1. Every able bodied male citizen of Colo- *Who liable for service.*
rado between the ages of eighteen and forty-five years,
except those who are by this act exempt therefrom,
shall be subject and liable to perform military duty as
a soldier, to uphold the constitution and laws of the
United States and the Organic Act and laws of this
Territory, according to the terms and provisions of this
act. And every citizen above forty-five years of age

25×

TOWNSHIP OF CREDIT RIVER   2032908559
12/18/2003        02:32
Doc        $0.00      Page
Rec       $20.00      1 of 4

STATE OF MINNESOTA                            IN JUSTICE COURT

COUNTY OF SCOTT                         TOWNSHIP OF CREDIT RIVER
                                        MARTIN V. MAHONEY, JUSTICE


First National Bank of Montgomery,
                                     Plaintiff,

vs.                                  JUDGMENT AND DECREE

Jerome Daly,                         Defendant.


   The above entitled action came on before the Court and a Jury
of 12 on December 7,1968 at 10:00 A.M. Plaintiff appeared by its
President Lawrence V. Morgan and was represented by its Counsel
Theodore R. Mellby. Defendant appeared on his own behalf.

   A Jury of Talesmen were called, impannelled and sworn to try
the issues in this Case. Lawrence V. Morgan was the only witness
called for Plaintiff and Defendant testified as the only witness in
his own behalf.

   Plaintiff brought this as a Common Law action for the recovery
of the possession of Lot 19, Fairview Beach, Scott County,Minn.
Plaintiff claimed title to the Real Property in question by foreclosure
of a Note and Mortgage Deed dated May 8,1964 which Plaintiff claimed
was in default at the time foreclosure proceedings were started.

   Defendant appeared and answered that the Plaintiff created
the money and credit upon its own books by bookeeping entry as the
consideration for the Note and Mortgage of May 8,1964 and alleged
failure of consideration for the Mortgage Deed and alleged that the
Sheriff's sale passed no title to Plaintiff.

   The issues tried to the Jury were whether there was a lawful
consideration and whether Defendant had waived his rights to complain
about the consideration having paid on the Note for almost 3 years.

   Mr. Morgan admitted that all of the money or credit which was
used as a consideration was created upon their books, that this was
standard banking practice exercised by their bank in combination
with the Federal Reserve Bank of Minneapolis, another private Bank,
further that he knew of no United States Statute or Law that gave
the Plaintiff the authority to do this. Plaintiff further claimed
that Defendant by using the ledger book created credit and by paying

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
copy of record in my Office.
Date:
                    Book        Page
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By
                        Deputy

STATE OF MINNESOTA COUNTY OF SCOTT
I hereby certify that the within and foregoing
is a true and correct copy of the original record
on file in this office and in my custody.
GREGORY M. ESS
Court Administrator
12-5-00   By   Audrey K. Brown
                        Deputy

on the Note and Mortgage waived any right to complain about the Consideration and that Defendant was estopped from doing so.

At 12:15 on December 7,1968 the Jury returned a unaminous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of the United States and the Constitution and laws of the State of Minnesota not inconsistent therewith;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8,1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26,1967 is null and void, of no effect.

4. That Plaintiff has no right, title or interest in said premises or lien thereon, as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute limiting the Jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has Jurisdiction to render complete Justice in this Cause.

6. That Defendant is awarded costs in the sum of $75.00 and execution is hereby issued therefore.

7. A 10 day stay is granted.

8. The following memorandum and any supplemental memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

BY THE COURT

Dated December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

MEMORANDUM

The issues in this case were simple. There was no material dispute on the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of there interlocking activity and practices, and both being Banking Instutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookeeping entry. That this was the Consideration used to support the Note dated May 8,1964 andthe Mortgage of the same date. The money and credit first came into existance when they created it. Mr. Morgan admitted that no United States Law or Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anheuser-Busch Brewing Co. v. Emma Mason, 44 Minn. 318, 46 N.W. 558. The Jury found there was no lawful consideration and I agree. Only God can created something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2d "Actions" on page 584 -"no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party.

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful rights can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law Action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so are repugnant to the

Constitution of the United States and and void. No question as to
the Jurisdiction of this Court was raised by either party at the
trial. Both parties were given complete liberty to submit any and
all facts and law to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not
recieve a fair trial. From the admissions made by Mr. Morgan the
path of duty was made direct and clear for the Jury. Their Verdict
could not reasonably have been otherwise. Justice was rendered
completely and without denial, promptly and without delay, freely and
without purchase, conformable to the laws in this Court on December
7,1968.

BY THE COURT

December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

Note: It has never been doubted that a Note given on a Consideration
which is prohibited by law is void. It has been determined, independent
of Acts of Congress, that sailing under the license of an enemy is
illegal. The emmission of Bills of Credit upon the books of these
private Corporations, for the purposes of private gain is not
warranted by the Constitution of the United States and is unlawful.
See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that
path which is marked out by duty.          M.V.M.



# Withdrawal/Transfer

دسحب/تحويل

Customer Name (Please Print)

Date (mm/dd/yyyy)   5/19/09

Account No.   464-077-2849

Customer Signature   (Sign in Presence of Teller)

_____
ID 1 (Teller Use Only)

_____
ID 2 (Teller Use Only)

I hereby authorize JPMorgan Chase Bank, N.A. to complete this transaction and any resulting interest adjustment to the above account.

**CHASE 🟠**

3537(02/08)                    For use with WaMu account numbers

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California }

County of _San Diego_ }

On _5/19/09_ before me, _Greg Walker, Notary Public_,
   Date                          Here Insert Name and Title of the Officer

personally appeared _Jesus Rodriguez_
                              Name(s) of Signer(s)

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

GREG WALKER
Commission # 1716561
Notary Public - California
San Diego County
My Comm. Expires Jan 13, 2011

Place Notary Seal Above

---

─── **OPTIONAL** ───

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _Deposit Slip_

Document Date: _5/19/09_                    Number of Pages: _1_

Signer(s) Other Than Named Above: _NA_

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _Jesus Rodriguez_
☑ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS000996
Cashier ID: sramirez
Transaction Date: 05/19/2009
Payer Name: JESUS VICTOR
----------------------------------------
CIVIL FILING FEE
 For: VICTOR V. GEITHNER
 Case/Party: D-CAS-3-09-CV-001091-001
 Amount:        $350.00
----------------------------------------
CASH
 Amt Tendered:  $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

| I. (a)  PLAINTIFF | DEFENDANTS |
|---|---|
| Jesus Victor | TIMOTHY F. GEITHNER  09 MAY 19  PM 4: 50 |
| (b)  County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant   UNKNOWN |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| | DEPUTY |
| (c)  Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
| Jesus Victor, 16751 Santanella St San Diego, California 92127 323-216-6060 | 09 CV 1 091 DMS        JMA |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Denizen of organic state  Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation  UN Charter Law | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☒ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding (Counterclaim on false claim)   ☐ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from another district (specify)   ☐ 6  Multidistrict Litigation   ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Counterclaim upon false claim; Diversity of Citizenship 28 U.S.C. §§1331, 1333

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Injunctive Relief

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

5/19/2009   Clerk, Make no changes. Jesus Victor is not Pro Se.

**FOR OFFICE USE ONLY**

RECEIPT # 996   AMOUNT 350,   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

5/19/09