# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

[FILED 10 SEP 30 PM 1:29 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA]

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Dana M. Sabraw__
FROM: __S. Yaptangco,__ Deputy Clerk       RECEIVED DATE: __9/28/2010__
CASE NO.: __09CV1091-DMS-JMA__   DOCUMENT FILED BY: __Jesus Victor__
CASE TITLE: __Victor v. Geithner__
DOCUMENT ENTITLED: __Refusal for cause__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Case closed; No provisions for acceptance of documents |

Date forwarded: __9/29/2010__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __DMS__

Dated: __9/30/10__       By: __EMB__
cc: All Parties

\* Please update party's address in case file & return to updated address

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docoument Discrepancy / Court Order]



**REJECTED**

# Jesus Victor
c/o 10531 4s Commons Drive Ste. 426
San Diego, California near [92127]

United States District Court  Registered mail # RA 2̲8̲7̲ ̲9̲0̲ ̲7̲2̲5̲ US
Southern District of California
800 Front Street-#4290
San Diego, California
 [92101]

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 09 CV 1091 DMS JMA. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment. A copy of this presentment has also been mailed to Timothy F. Geithner as evidenced by the Registered Mail# R̲A̲ ̲2̲8̲7̲ ̲9̲0̲ ̲7̲1̲7̲ ̲U̲S̲ .

_____
 Jesus Victor

